1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  *Attorney for Defendant,*
   *State Farm Mutual Automobile Insurance Company*
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 ELLA JACKSON, individually,

11                                          CASE NO.: 2:16-CV-02170-JAD-GWF
            Plaintiff,
12
   vs.
13
   STATE FARM MUTUAL AUTOMOBILE           **STIPULATION AND ORDER FOR**
   INSURANCE COMPANY; DOES I- X, and      **DISMISSAL WITH PREJUDICE**
14 ROE CORPORATIONS I - X, inclusive;

15          Defendant.

16

17

18      IT IS HEREBY STIPULATED by and between the Plaintiff, Ella Jackson, and Defendant, State

19 Farm Mutual Automobile Insurance Company dba State Farm, parties hereto, by and through their

20 respective counsel, the Glen Lerner Injury Attorneys, for Plaintiff, and Hall Jaffe & Clayton,

21 / / /

22

23 / / /

24

25 / / /

26

27 / / /

28

LLP, for Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 17 day of October, 2016.

HALL JAFFE & CLAYTON, LLP

By _____
Riley A. Clayton, Esq.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

DATED this 17 day of October, 2016.

LAW OFFICE OF JOHN P. SHANNON

By _____
Corey M. Eschweiler, Esq.
Nevada Bar No. 006635
4795 So. Durango Dr.
Las Vegas, NV 89147
*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: October 18, 2016.

_____
UNITED STATES DISTRICT JUDGE